Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DINAH'S HOTEL, a California corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case no.: 2:22-cv-00880-KJM-JDP <br><br> Honorable Judge Kimberly Mueller <br><br> **NOTICE OF SETTLEMENT** <br><br><br> Complaint Filed: May 24, 2022 <br> Trial Date: None |

1
NOTICE OF SETTLEMENT

Plaintiff, Daniel Cervantes ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.

Dated: June 29, 2022                    Respectfully Submitted,

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: June 29, 2022                             */s/ Binyamin I. Manoucheri*
                                                  Binyamin I. Manoucheri