Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Daniel Cervantes*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, an individual,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DINAH'S HOTEL, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00880-KJM-JDP<br><br>CLASS ACTION<br><br>Honorable Judge Kimberly Mueller.<br>Courtroom 3, 15th Floor<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br><br>Complaint filed:  May 24, 2022<br>Trial Date:          None Set |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Cervantes request that this Court enter a dismissal with prejudice as to Plaintiff's claims in their entirety in the above-entitled action. Each party shall bear his or its own fees and costs.


Dated: July 20, 2022　　　　　　　　**WILSHIRE LAW FIRM, PLC**

　　　　　　　　　　　　　　　　　　*/s/ Binyamin I. Manoucheri*
　　　　　　　　　　　　　　　　　　Thiago M. Coelho
　　　　　　　　　　　　　　　　　　Binyamin I. Manoucheri
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Daniel Cervantes*